3:25-cv-1552

Pg. 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

MARCUS PILGRIM,
  Plaintiff

v.

James Petrucci,
Kevin Sweeney,
Joe Gianacopolos,
D.D.A. Andrew Krawiak
        Defendant(s)

CIVIL ACTION NO:

FILED
HARRISBURG, PA
AUG 21 2025
PER_____
DEPUTY CLERK

## COMPLAINT

1. The plaintiff, Marcus Pilgrim a citizen of the County of Lackawanna State of Pennsylvania, Residing @ SCI-Camp Hill, 2500 Lisburn Road, Camp Hill, PA 17011 wishes to file a complaint under 440 Civil Rights.

2. The Defendant(s) James Petrucci and Kevin Sweeney

pg. 2

are patrolmen for the Scranton Police Department @ 100 South Washington Ave, Scranton, PA 18503. Joe Gianacopolos is a Detective for Lackawanna District Attorney office @ 135 Jefferson Ave, Scranton, PA 18503, and Andrew Krowiak, Esquire, is a District Attorney for Lackawanna County who also works out of 135 Jefferson Ave, Scranton, PA 18503. This makes these Defendant(s) citizens of the State, County or Municipality that employs them; Lackawanna County, Pennsylvania.

3. JURISDICTION & VENUE: When a federal-question exists when a civil action arises "under the Constitution, laws, or treaties of the United States" under 28.U.S.C § 1331. A civil rights violation, federal law holds liable any person who, under

color of any statute, ordinance, regulation, custom, or usage of any state or territory or the District of Columbia, subjects or causes to be subjected "Any United States citizen deprivation of their rights on Ser 42 U.S.C. § 1983. A Civil Action may be brought in a judicial District in which any Defendants reside, Lackawanna County, and the Middle District of Pennsylvania is the proper venue according to 28 U.S.C. § 1391 (B)...

4. STATEMENT OF CLAIM:
On the 20th day of August, 2024, I, plaintiff, Marcus Pilgrim was stopped by the Defendant(s) Patrolman James Petrucci and Kevin Sweeney for Scranton Street Crim Unit along with Detective Joe Gianacopolus for Lackawanna County District Attorneys Office, on the

pg. 4

1500 block of Hamm Ct, Scranton, Penn. Patrolman/Defendant James Petrucci said to me, the plaintiff, I was being detained for a felony, I never seen this arrest warrant, the Defendant James Petrucci then placed hand-cuffs on me outside while the Defendants Patrolman K. Sweeney and Det. J. Gianacopolus pointed their guns on me, outside Arm & Dangerous. Then they ask me my name after I am hand-cuff. Why would they hand-cuff me, then verify me?? I, the plaintiff, told these Defendants my name. The Defendant, J. Petrucci instructed for me to open my mouth, outside this residential neighborhood, then the Defendant J. Petrucci pulled my pants down @ 3:26pm broad-daylight @ gun-point

Pg-5

by the Defendants Kevin Sweeney AND Joe Gianacopolus who did not stop this illegal search. Defendant James Petrucci searched my genitals AND Rectom outside AND found nothing. I was then transported to the Scranton Police Station.

I, the plaintiff, MARCUS A. Pilgrim AM A United States Citizen born Naturailzed. These Defendants violated the Fourth, Eighth, Sixth, Fifth AND Fourteenth Amendments of the United States Constitution. The Defendant, D.D.A Krowiak Along with the Rest of the Defendants Are also in violation, when A person commits AND offense if, with the intent to or with the Knowledge that his conduct will obstruct, impede, impair, prevent or interference with

6.

the administration of criminal justice, refrain from informing or reporting to any law enforcement officer. Under the Fourteenth (14) Amendment Equal Protection Clause, All persons born naturalized in the United States and subject no state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without Due Process of Law. Nor Deny to any person within its jurisdiction the equal protection of laws. These Defendants violation of the Fourth (4th) Amendment as in illegal search and seizure was a deliberate indifference insightening my mental anguish and civil liberties. It is well-settled that the guarantee against

pg. 7

"Cruel and unusual punishment" under the Eighth (8th) Amendment. Provides no broader protections, also mandates that the states power to punish be exercised within the limits of civilized standards. It's very "open and obvious", because these deprivations was committed by a person or persons acting under color of state law.

I plaintiff, am seeking relief because of 1) Loss wages, 2) Pain & Suffering 3) Punitive Damages 4) Monetary compensation 5) Compensatory Damages. 6) Emotional Distress. 7) Negligence. 8) 4th Amendment violation 9) 8th Amendment violation 10) 14th Amendment violation

Deprivation of these rights can never be harmless. It's causing me the plaintiff, night terrors, damaged relationships

p.8

with family and a cycle of conflict. I am now at risk of heart disease, high-blood pressure and mental health disorders like anxiety and depression. As a result as a ongoing trama relinquish as a result of the incident. I am on mental Health meds such as. Remuoin, Adenex to combat this trama. "Sexual Assault", as well as civil right deprivations.

5. WHEREFORE, plaintiff Marcus A. Pilgrim prays that the United States District Court who has jurisdiction under 28.U.S.C § 1331 and 42.U.S.C. § 1983 and the proper venue for this civil action at law, Middle District of Pennsylvania According to 28 U.S.C § 1391(b) grant Relief. These deprivation of civil rights along with

Sexual assault was done by actors under color of state law. May this Honorable United States District Court grant relief deem, just and proper.

I declare under penalty that the foregoing is true and correct.

Date: 8-16-25   Signature: *Marcus Pilgrim*
#QP2562   Marcus Pilgrim
S.C.I Camp Hill
2500 Lisburn RD
Camp Hill PA 17011

