FILED
HARRISBURG, PA
AUG 21 2025
PER _____
DEPUTY CLERK

p. 1.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

CIVIL COVER SHEET

I. PLAINTIFFS: MARCUS A. PILGRIM
(B) County of Residence of First Listed Plaintiff, LACKAWANNA County, PENNSYLVANIA

DEFENDANT(S): James Petrucci, Kevin Sweeney, Joe Gianacopolus AND D.D.A. Andrew Krowiak. County of Residence of First Listed Defendant, LACKAWANNA County, PENNSYLVANIA.

II. BASIS OF JURISDICTION: Defendants U.S. Government

III. CITIZENSHIP OF PRINCIPAL PARTIES:
Plaintiff is Citizen of this State.
Defendant(s) is Citizen of

p. 2

this state.

IV. NATURE OF SUIT:
   440 Civil Rights.

V. ORIGIN: Original Proceeding

VI. CAUSE OF ACTION: 1983, Constitutional Deprivation, Sodomy, Sexual Harrasment, Mental Anguish, P.T.S.D., Anxiety, Pain & Suffering, Civil Rights Deprivations.

VII. REQUESTED IN COMPLAINT: $6,000,000   JURY DEMAND: YES

I certify to the best of my knowledge that the foregoing is true and correct and also declare under penalty.

Date: 8-16-25          Signature: Marcus Pilgrim
                       Marcus Pilgrim # QP2562
                       SCI-Camp Hill
                       2500 Lisburn Rd
                       Camp Hill, PA 17011



Smart Communications/PADOC
SCI- Camp Hill
Name Marcus Pilgrim
Number QP 2562
PO Box 33028
St Petersburg FL 33733

RECEIVED
HARRISBURG, PA
AUG 21 2025
PER _____
DEPUTY CLERK

Legal Mail)

Peter J. Welsh, ESQ
Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Suite 101
Harrisburg, PA 17102

(Legal Mail) (Door to Door)

17102-110999