IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RE: *Pilgrim v. Petrucci, et al*

Plaintiff: Marcus Pilgrim

ID: QP-2562

Civil Action No. 3:25-CV-1552

### THIRTY (30) DAY ADMINISTRATIVE ORDER

AUGUST 22, 2025

To proceed with the above-captioned civil rights action, Plaintiff must either:

1. Tender to the "Clerk, U.S. District Court" a statutory filing fee in the amount of $405.00; or,

2. **Fully complete** and file a proper application to proceed *in forma pauperis*. The appropriate application is attached.

Failure to comply with the terms of this Order within thirty (30) days will cause this case to be dismissed without prejudice.

    Peter J. Welsh
    Clerk of Court
    By: LP
    Pro Se Legal Assistant