UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCUS PILGRIM, | |
| Plaintiff | CIVIL ACTION NO. 3:25-CV-01552 |
| v. | (MEHALCHICK, J.) |
| JAMES PETRUCCI, et al., | |
| Defendants. | |

**ORDER**

On August 21, 2025, Plaintiff commenced this civil rights action without submitting a filing fee or a proper application to proceed *in forma pauperis*. (Doc. 1). Therefore, on August 22, 2025, the Court issued an administrative order which informed Plaintiff that this action would not proceed unless Plaintiff, within thirty days of the date of the administrative order, either: (1) tendered to the Clerk of Court payment in the amount of $405.00; or (2) submitted a "**[f]ully complete**" and "proper application to proceed *in forma pauperis*." (Doc. 3). An application to proceed *in forma pauperis* was enclosed. (Doc. 3-1). Plaintiff was advised that failure to comply with the terms of the administrative order within thirty days would cause this case to be dismissed without prejudice. (Doc. 3).

The time to comply with the Court's administrative order has passed and Plaintiff has neither properly completed and submitted the required forms, nor requested an extension of time in which to do so.

**THEREFORE**, it is hereby **ORDERED** that this action is dismissed without prejudice, and the Clerk of Court is directed to **CLOSE** this case.

**Dated: September 30, 2025**

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**