**FILED**
HARRISBURG, PA
OCT 03 [2025]
PER_____
DEPUTY CLERK

Dear Mr. Welsh,

I'm an Marcus Pilgrim QP2562 an inmate assigned to the State Correctional institution of Dallas, 1000 Follies Road Dallas PA. 18612

Previously I filed a civil complaint, and was assigned case # 3:25-cv-1552 Pilgrim v. Petrucci, eta

I have bee transferred from SC.I Camp Hill to S.C.I Dallas as of 9/24/25

Please foward any and all correspondonce/ Documents and/or legal mail to the current address of

Marcus Pilgrim
S.C.I Dallas
1000 Follies Rd
Dallas, PA, 18612

Thank You
Marcus P~

Smart Communications/PADOC
SCI-Dallas
NAME Marcus Pilgrim
NUMBER QP2562

SCI-DALLAS
1000 Follies Road
Dallas, PA  18612

RECEIVED
HARRISBURG, PA
OCT 03 2025
PER _____
DEPUTY CLERK

Sylvia H. Rambo United States Courthouse
1501 N. 6th Street
Harrisburg, PA, 17102

INMATE MAIL



ZIP 18612
02 4W
$ 000.74⁰
0000385735 SEP 29 2025