IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCUS PILGRIM, | : Civil No. 3:25-CV-1552 |
| Plaintiff, | : |
| v. | : (Judge Mehalchick) |
| | : (Chief Magistrate Judge Bloom) |
| JAMES PETRUCCI, et al., | : |
| Defendants. | : |

# ORDER

AND NOW, upon consideration of the *pro se* plaintiff's complaint (Doc. 1), accompanied by an Application for Leave to Proceed In Forma Pauperis, it is hereby ORDERED that:

1. The plaintiff is *conditionally* granted leave to proceed in forma pauperis.

2. The plaintiff shall pay the full filing fee of $350.00, based on the financial information provided in the Application to Proceed In Forma Pauperis. The full filing fee shall be paid regardless of the outcome of the litigation.

3. Pursuant to 28 U.S.C. § 1915(b)(1) and (2), the Superintendent/Warden, or other appropriate official at the plaintiff's place of confinement is directed to deduct an initial partial filing fee of 20% of the greater of:

   A. the average monthly deposits in the inmate's prison account for the past six months, or

   B. the average monthly balance in the inmate's prison account for the past six months.

The initial partial filing fee shall be forwarded to the Clerk of the United States District Court for the Middle District of Pennsylvania, P.O. Box 1148, Scranton, Pennsylvania, 18501-1148, to be credited to the above-captioned docket number.  In each succeeding month, when the amount in the plaintiff's inmate trust fund account exceeds $10.00, the Superintendent/Warden, or other appropriate official, shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to the plaintiff's inmate trust fund account until the fees are paid. Each payment shall reference the above-captioned docket number.

4.      The Clerk of Court is DIRECTED to send a copy of this Order to the Superintendent/Warden of the institution where the plaintiff is presently confined.

5.      The Complaint is DEEMED filed.

6.      Service is deferred pending a ruling on the Report and Recommendation issued by the undersigned.

So Ordered this 19th day of December 2025.

*S/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge