# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCUS PILGRIM, Plaintiff, | Civil Action No. 3:25-CV-1552 |
| v. | |
| J. PETRUCCI, et al., Defendants | FILED HARRISBURG, PA  FEB 03 2026  PER ___ DEPUTY |

## MEMORANDUM
## &
## PRAYER FOR RELIEF

  ON December 19, 2025 plaintiff Pilgram received a "Report and Recommendation" pursuant to civil action No. 3:25-CV-1552 against Officers James Petrucci and Kevin Sweeney, Det. Joe Gianacopolus, and Lackawanna County District Attorney Andrew Krowiak to redress the deprivation, under color of

(1)

state law of rights secured by the Constitution of the United States authorized by 42. U.S.C. § 1983. Supplemental jurisdiction over plaintiff Pilgrim's state law claims under 28. U.S.C. 1367. The United States also has jurisdiction under 28 U.S.C. §§ 1331 and 1343 (a)(3). Plaintiff Pilgrim's claims for injunctive Relief are also authorized by 28 U.S.C. §§ 2283 and 2284 and Rule 6.5 of the Federal Rules of Civil Procedure. The Middle District of Pennsylvania is an appropriate venue under 28 U.S.C. § 1391(b)(2) because it is where the events giving rise to this claim occurred.

I. PROCEDURAL HISTORY & BACKGROUND

Plaintiff Pilgrim's complaint arises from a illegal stop and search, which violated plaintiff his Fourth, Sixth, Eighth and Fourteenth Amendment to the United States Constitution. The Honorable United States

Magistrate Judge: Bloom, and United States District Judge: NEHAICHICK, who concluded that plaintiff Pilgrim's Fourth Amendment claims against defendants Petrucci, Sweeney, and Gianacopolus survives, the remaining claims asserted in the complaint fail as a matter of law.

## II. DISCUSSION

Plaintiff Pilgrim is a African-American male, born naturalized in the United States, and is a member of the minority-race and has Federal protected rights, privileges, and immunities that the defendants infringed upon.

— "No state shall deprive any person of life, liberty, or property without due process of law".

— Due Process Clause of the Fourteenth Amendment.

The defendants are actors under color of state law, failing to correct "Direct Policy" and the preservation and promotion of the peace, saftey, health, and morality is encouraging the continuation of: (1) Fraud (2) Injustice (3) Obstruction of Justice (4) Abuse of Judicial Power (5)

(3)

Petrucci pulled down plaintiff Pilgrim's pants and conducted a body cavity strip search, constitutes arbitrary wrongful government actions that the Fourteenth Amendment forbids, as well as "Barbaric & Disproportionate Punishment", and Fourth Amendment to the United States Constitution. Defendant Krowiak failing to correct that misconduct, and encouraging the continuation of the misconduct is also liable because the defendants Petrucci, Sweeney, and Gianacopolus all work for the Lackawanna County, Pennsylvania District Attorney's Office.

Plaintiff Pilgrim has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff Pilgrim has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the relief which plaintiff Pilgrim seeks.

Date: 01-13-26     Respectfully Submitted,

Marcus Pilgrim
QP 2562
SCI-Dallas
1000 Follies Road
Dallas, PA 18612

Verification

I have read the foregoing and hereby

(5)

I verify that every is true and correct pursuant to 28 U.S.C 1746 verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Date: 1-13-26    Signature: [signature]

Marcus Pilgrim
QP2562
SCI-Dallas
1000 Follies Road
Dallas, PA 18612

(6)

