UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCUS PILGRIM, Plaintiff<br><br>v.<br><br>PETRUCCI, et al., Defendants | Civil No. 3:25-CV-1552<br><br>FILED<br>HARRISBURG, PA<br>FEB 03 2026<br>PER _____ DEPUTY CLERK |

## PRAYER FOR RELIEF

WHEREFORE, plaintiff Pilgrim Respectfully prays that this court enter judgement granting plaintiff Pilgrim

1. A preliminary and permanent injunction ordering defendants not to have contact with plaintiff Pilgrim, base on the nature of this civil action. Plaintiff Pilgrim is in fear of any form of retaliation. Plaintiff Pilgrim would also request a order to vacate the sentence order.

2. Compensatory damages in the amount of $2,000,000 against each defendant

jointly and severally.

3. Nominal damages and punitive damages in the amount of $2,000,000 against each defendant, jointly and severally.

4. Monetary compensation in the amount of $1,000,000 against each defendant, jointly and severally.

5. Intentional damages in the amount of $1,000,000 against each defendant, jointly and severally.

6. A jury trial on all issues triable by jury.

7. Plaintiff's costs in this suit. Any additional relief this court deems just, proper, and equitable.

Date: 01-13-26          Respectfully Submitted,

Marcus Pilgrim
QP 2562
SCI-Dallas
1000 Follies Road, Dallas, PA 18612

I verify that everything is true and correct Pursuant to 28 U.S.C. 1746

## Verification

I have read the foregoing and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Date: 01-13-26    Signature: /s/

MARCUS PILGRIM
QP 2562
SCI- DALLAS
1000 Follies Road
Dallas, PA 18612