Smart Communications/PADOC
SCI-Dallas
NAME Marcus Pilgrim
NUMBER QQ2562

SCI-DALLAS
1000 Follies Road
Dallas, PA 18612

RECEIVED
HARRISBURG, PA
FEB 03 2026
PER _____
DEPUTY CLERK

INMATE MAIL

US POSTAGE PITNEY BOWES
ZIP 18612 $ 000.74⁰
02 4W
0000085735 JAN 28 2026

Office of the Clerk
United States District court
H. RAMBO United States courthouse
1501 North 6th Street Suite # 101
Harrisburg, PA, 17102